

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-16-00194-CV

Jose **PEREZ**, Jr.,
Appellant

v.

Salud **CAZARES**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 3287CCL
Robert Cadena, Judge Presiding

# O R D E R

The clerk's record was due March 14, 2016, but was not filed. On April 6, 2016, the district clerk of Val Verde County filed a notification of late record stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the clerk's record without paying the fee.

We **order** appellant, Jose Perez Jr., to provide written proof to this court on or before **May 2, 2016** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

_____
Keith E. Hottle
Clerk of Court